No. 04–6014. BURNS *v.* UNITED STATES. C. A. 9th Cir. Certiorari denied.

No. 04–6078. CROSBY *v.* DRETKE, DIRECTOR, TEXAS DEPARTMENT OF CRIMINAL JUSTICE, CORRECTIONAL INSTITUTIONS DIVISION. C. A. 5th Cir. Certiorari denied.

No. 04–6148. PEREZ, AKA ALLEN *v.* UNITED STATES. C. A. 11th Cir. Certiorari denied.

No. 04–6158. CHAVEZ *v.* UNITED STATES. C. A. 10th Cir. Certiorari denied.

No. 04–6181. PADILLA, AKA CRUZ, AKA ROQUE PADILLA *v.* UNITED STATES. C. A. 3d Cir. Certiorari denied.

No. 04–6279. KING *v.* UNITED STATES. C. A. 11th Cir. Certiorari denied.

No. 04–6307. LAZARO CONTRERAS *v.* UNITED STATES. C. A. 8th Cir. Certiorari denied.

No. 04–6438. KENNEDY *v.* UNITED STATES. C. A. 4th Cir. Certiorari denied.

No. 04–6477. SMITH *v.* UNITED STATES. C. A. 4th Cir. Certiorari denied.

No. 04–6683. HENDON *v.* LAMARQUE, WARDEN. C. A. 9th Cir. Certiorari denied.

No. 04–6734. GAVIN *v.* ALABAMA. Ct. Crim. App. Ala. Certiorari denied.

No. 04–6792. CARTWRIGHT *v.* DRETKE, DIRECTOR, TEXAS DEPARTMENT OF CRIMINAL JUSTICE, CORRECTIONAL INSTITUTIONS DIVISION. C. A. 5th Cir. Certiorari denied.

No. 04–6913. STEPHANATOS *v.* COMMISSIONER OF INTERNAL REVENUE. C. A. 3d Cir. Certiorari denied.

No. 04–6945. COLIN *v.* UNITED STATES. C. A. 11th Cir. Certiorari denied.